# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN CLAYTON FIFIELD

    Movant,

v.

SECURITIES AMERICA, INC., and
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.

    Respondents.

CASE NO. 18-10150

HON. DENISE PAGE HOOD

## ORDER AND JUDGMENT CONFIRMING AN ARBITRATION AWARD

This matter is before the Court on the motion of the movant, Kevin Clayton Fifield, for an order and judgment confirming an arbitration award in its entirety pursuant to the applicable provisions of 9 U.S.C. § 9.

The movant and respondents are parties to various contracts evidencing transactions involving commerce to settle by arbitration a controversy thereunder arising out of such contract or transaction within the meaning of 9 U.S.C. § 2. In 2017 the movant initiated an arbitration proceeding against the

respondent by filing a statement of claim with the Financial Industry Regulatory Authority ("FINRA"), the successor to the National Association of Securities Dealers, Inc. The arbitrator conducted a telephonic hearing with a listed hearing site of Detroit, Michigan, and issued an award (the "Award") on November 16, 2017. A copy of the Award is attached hereto as Exhibit A.

Accordingly, the Court having reviewed the record and being duly and sufficiently advised, it is ORDERED, ADJUDGED and DECREED that:

1. This court has subject matter jurisdiction of this action to confirm an arbitration award pursuant to 9 U.S.C. § 9.

2. This court has jurisdiction of the persons of the respondents because they have been duly served with process in accordance with 9 U.S.C. § 9.

3. Venue is properly established in this Court pursuant to 9 U.S.C. § 9 because the arbitration hearing which resulted in the subject award was designated with a hearing site of Detroit, Michigan, as evidenced by the Award.

4. The parties agreed, in written agreements evidencing transactions involving commerce, to settle by arbitration an existing controversy or any controversy thereafter arising out of such contract or transaction between the parties, under such agreements.

5. The arbitrator conducted a telephonic hearing and made an Award with the designated hearing site of Detroit, Michigan. A copy of the Award, which was made on November 16, 2017, is attached as Exhibit A and is incorporated herein in its entirety by reference.

6. The parties have agreed and applicable law provides that a judgment may be entered upon the Award made pursuant to the arbitration proceeding.

7. The movant's application for an order and judgment confirming the Award is GRANTED. The Award, the terms and conditions of which are incorporated herein in their entirety by reference, in confirmed as the judgment of this Court and, pursuant to 9 U.S.C. § 9, MCLA 691.1702 and MCLA 691.1705, may be enforced as any other judgment or degree.

8. Pursuant to numerical paragraph (1) of the Award, respondents shall expunge from the movant, Kevin Clayton Fifield's registration records (CRD# 1627832) all references to the customer complaints; Occurrence Number 1670230 and Occurrence Number 1433594.

                                          S/Denise Page Hood  
                                          Denise Page Hood  
                                          Chief Judge, United States District Court

Dated: April 17, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 17, 2018, by electronic and/or ordinary mail.

                         S/LaShawn R. Saulsberry
                         Case Manager